GUALTIERI v. BURLESON

No. 185P87.

Case below: 84 N.C. App. 650.

Petition by defendant for discretionary review pursuant to
G.S. 7A-31 denied 7 July 1987.

HARMON v. STEPHENS

No. 142P87.

Case below: 84 N.C. App. 457.

Petition by defendants for discretionary review pursuant to
G.S. 7A-31 denied 7 July 1987.

HARRIS v. MAREADY

No. 183P87.

Case below: 84 N.C. App. 607.

Petition by plaintiff for discretionary review pursuant to G.S.
7A-31 denied 7 July 1987.

HINSON v. HINSON

No. 178P87.

Case below: 84 N.C. App. 700.

Petition by plaintiff for discretionary review pursuant to G.S.
7A-31 denied 7 July 1987.

HUBBARD v. GATHINGS

No. 70P87.

Case below: 84 N.C. App. 147.

Petition by plaintiff for discretionary review pursuant to G.S.
7A-31 denied 7 July 1987.